IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MICHAEL WILHOIT,<br><br>    Plaintiff,<br><br>v.<br><br>(1) ASTELLAS PHARMA TECHNOLOGIES, INC.,<br><br>(2) EXPRESS SERVICES, INC.<br><br>    Defendants. | Case No. 14-CV-991-F |

## JOINT DISMISSAL WITH PREJUDICE

Plaintiff, Michael Wilhoit, by and through his attorneys of record, and Defendants Astellas Pharma Technologies, Inc. and Express Services, Inc., by and through their attorneys of record, stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by the parties including, without limitation, all of Plaintiff's claims and causes of action against all Defendants and all of Defendant Express' claims and causes of action against Defendant Astellas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties stipulate that they shall each bear their own attorneys fees and costs.

1146117.1:212480:02330

Respectfully submitted,

s/Jeffrey A. Taylor
*(Signed with permission of Plaintiff's counsel)*
Jeffery A Taylor, OBA #17210
Chadwick & Taylor
5613 N Classen Blvd
Oklahoma City, OK 73118
Telephone: 405-286-1600
Facsimile: 405-842-6132
taylorjeff@me.com

**ATTORNEYS FOR PLAINTIFF**

s/Elaine R. Turner
Elaine R. Turner, OBA #13082
Nathaniel T. Haskins, OBA #22585
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
Chase Tower
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
eturner@hallestill.com
nhaskins@hallestill.com

**ATTORNEYS FOR DEFENDANT ASTELLAS PHARMA TECHNOLOGIES, INC.**

                                        s/Philip O. Watts  
                                        *(Signed with permission of Defendant Express' counsel)*  
                                        Philip O Watts, OBA #11000  
                                        Watts & Watts  
                                        119 N Robinson Ave  
                                        Suite 420  
                                        Oklahoma City, OK 73102  
                                        Telephone: 405-239-2177  
                                        Facsimile: 405-239-2822  
                                        powatts@cox.net

**ATTORNEYS FOR DEFENDANT EXPRESS SERVICES, INC.**